UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**ROGER G. VANBLARCOM** )
)
v. ) NO. 3:09-MC-0054
) JUDGE ECHOLS
**WALTER G. (GREGG) THOMASON** )

**O R D E R**

The Court is in receipt of a pro se complaint and an application to proceed in forma pauperis.

Although the plaintiff has completed the application and appears to be indigent, it is deficient. The plaintiff is not married. He receives $1,222.00 each month in income, while his monthly expenses total $1,901.61.[1] There is no explanation as to how he meets the monthly expenses he has listed on his current income. As a result, the Court is unable to ascertain the plaintiff's present ability to pay for the filing of his complaint.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this Order on the docket within which to submit a written statement describing in detail his monthly living expenses and how he manages to pay those expenses. The statement shall include a description of all income the plaintiff receives from whatever source derived along with a listing of all assets he

---

[1] According to the Court's calculations, plaintiff's total expenses, as listed, total $2,252.46. However, there are expenses listed that are short-term expenses, i.e. automobile repair, doctor bills, etc.

may possess. If plaintiff's income does not cover the expenses listed, plaintiff shall advise the Court how those expenses are being paid or if they are remaining in arrears.

The plaintiff is forewarned that failure to provide the required written statement within the time frame specified will result in the denial of his application to proceed in forma pauperis. Because this action will not be filed until either the plaintiff's application to proceed in forma pauperis is granted or he pays the three hundred fifty dollar ($350.00) filing fee, should the plaintiff fail to submit the required statement or pay the $350.00 filing fee within the time frame specified, any limitations period applicable to this action will no longer be tolled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE